Nancy Curry, Chapter 13 Standing Trustee
700 South Flower Street, Suite 1215
Los Angeles, CA 90017
TEL: (213) 689-3014
FAX: (213) 689-3055

| | |
|---|---|
| **UNITED STATES BANKRUPTCY COURT**<br>**CENTRAL DISTRICT OF CALIFORNIA – LOS ANGELES DIVISION** ||
| IN RE<br><br>LOCHEAD, JAMES STUART<br><br><br><br><br>Debtor | Case No. 2:14-bk-10961-VZ<br><br>Chapter 13<br><br>**TRUSTEE'S OBJECTION TO CONFIRMATION OF DEBTOR'S CHAPTER 13 PLAN UNDER 11 USC §§§1322, 1325 AND 1326; DECLARATION IN SUPPORT; NOTICE OF POSSIBLE DISMISSAL OR CONVERSION UNDER 11 USC §1307**<br><br>Date: June 16, 2014<br>Time: 09:00 AM<br>Ctrm: 1368<br>    255 East Temple Street<br>    Los Angeles, CA 90012 |

   The Chapter 13 Standing Trustee hereby objects to the confirmation of the proposed plan because the Debtor has failed to meet all necessary requirements as detailed in the attached declaration and supporting Exhibit A.

   THE FAILURE OF THE DEBTOR, OR THE ATTORNEY REPRESENTING THE DEBTOR, TO RESPOND TO THESE OBJECTIONS, APPEAR AT THE CONFIRMATION HEARING AND FAILURE TO PRESENT EVIDENCE THAT ALL REQUIRED PAYMENTS ARE CURRENT MAY RESULT IN DISMISSAL OR CONVERSION OF THE CASE. THEREFORE, the Trustee respectfully requests that confirmation of the plan be denied and for such other relief as the Court may deem appropriate.

DATED: May 16, 2014                                            /s/ Nancy Curry
                                                                              Chapter 13 Standing Trustee

## **DECLARATION OF OMID MOEZZI**

I, OMID MOEZZI, declare as follows:

1. Nancy Curry is the Chapter 13 Standing Trustee in this matter LOCHEAD, JAMES STUART , 2:14-bk-10961-VZ. I am employed by the Trustee as a staff attorney and am duly qualified to make this declaration. The Trustee has files and records kept by her office in the regular course of business. I have personally reviewed the files and records kept by her office in the within case. The following facts are true and correct within my own personal knowledge and I could and would testify competently thereto if called upon to do so.

2. I object to confirmation of the proposed Plan because of the specific deficiencies which are set forth in the attached Exhibit A which is incorporated herein by reference. All of these deficiencies existed prior to or at the time of the §341(a) Meeting held in this matter.

I declare under penalty of perjury that the foregoing is true and correct.

DATED: May 16, 2014                                              /s/ Omid Moezzi
                                                                                    Omid Moezzi

**Debtor: James Stuart Lochead**                                    **Debtor Attorney: Matthew D. Resnik**

**Case No.:   2:14-bk-10961-VZ**

# EXHIBIT A

If the Debtor fails to produce the requested documents and fails to resolve the issues set forth in this objection to confirmation, the Trustee will recommend dismissal or conversion of the case for cause and unreasonable delay that is prejudicial to creditors. See 11 USC §§1307(c) and 1307(c)(1).

Other issues may arise at or before confirmation requiring additional action or information by the debtor and counsel.

The Debtor has a duty to cooperate with the Trustee. See 11 USC §521(a)(3) and FRBP 4002(4).

The Trustee will move to dismiss the case if the below deficiencies are not fully addressed timely; that is, within 60 days of the date of the §341(a) Meeting of Creditors.

The Debtor has the burden of proof for plan confirmation. See In re: *Huerta* 137 BR 356, 365 (Bkrtcy. C.D.Cal., 1992), In re: *Wolff* 22 BR 510, 512 (9th Cir. BAP (Cal.) 1982), In re *Hill* 268 BR 548, 552 (9th Cir. BAP (Cal.), 2001).

| **Objection** | **Possible Resolution** |
|---|---|
| **Miscellaneous** | |
| • Debtor to provide trust and corporate/LLC documents. | |

# PROOF OF SERVICE DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is:

700 South Flower Street, Suite 1215
Los Angeles, CA 90017

A true and correct copy of the foregoing document entitled (specify) **TRUSTEE'S OBJECTION TO CONFIRMATION OF DEBTOR'S CHAPTER 13 PLAN UNDER 11 USC §§1322, 1325 AND 1326; DECLARATION IN SUPPORT; NOTICE OF POSSIBLE DISMISSAL OR CONVERSION UNDER 11 USC §1307** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF):** Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On May 16, 2014, I checked the CM/ECF document for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

**2. SERVED BY UNITED STATES MAIL:**
On  May 16, 2014, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

| | |
|---|---|
| LOCHEAD, JAMES STUART | MATTHEW D. RESNIK |
| | SIMON, RESNIK & HAYES, LLP |
| 490 S FAIR OAKS AVE. | 510 W. 6TH ST., #1220 |
| PASADENA, CA 91105 | LOS ANGELES, CA 90014- |

**3. SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on  May 16, 2014, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

Honorable Vincent Zurzolo
U.S. Bankruptcy Court
Bin outside of Suite 1360
255 East Temple Street
Los Angeles, CA 90012

I declare under penalty of perjury that the laws of the United States that the foregoing is true and correct.

| | | |
|---|---|---|
| May 16, 2014 | Carlos Robles | /s/ Carlos Robles |
| Date | Type Name | Signature |